IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEANNINE HERBERT,** : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action |
| v. : | |
| : | 14-2599 |
| **THE PRUDENTIAL INSURANCE** : | |
| **COMPANY OF AMERICA,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 21st day of August 2014, upon consideration of plaintiff's motion for partial summary judgment (doc. no. 8), and defendant's response thereto (doc. no. 13), and upon further consideration of plaintiff's epistolary request for discovery and defendant's response thereto, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for partial summary judgment (doc. no. 8) is **GRANTED**;

2. Plaintiff's request for discovery is **DENIED**;

3. Dispositive motions shall be filed on or before **Monday, October 20, 2014**, and responses shall be filed on or before **Monday, November 3, 2014.**

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.